IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ORTIZ AND YUKO ORTIZ**,** Plaintiffs, v. MORLEY CONSTRUCTION CO., et al.**,** Defendants. | NO. CV 25-7671-HDV (AYP) ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, the Report and Recommendation of the United States Magistrate Judge ("Report"), the objections filed by the parties and any responses to objections. Further, the Court has engaged in a *de novo* review of those portions of the Report to which the parties have objected. The objections are overruled.

IT IS ORDERED as follows:

(1) The motion to dismiss Claim Seven filed by Specially Appearing Defendants Morley Construction Co. and Benchmark Contractors, Inc., and joined by Specially Appearing Defendant 62 Hundred Hollywood South L.P. (collectively, "Construction Project Defendants"), is GRANTED and Claim Seven of the

1

complaint is dismissed without prejudice for lack of supplemental jurisdiction or, alternatively, because the court in its discretion declines to exercise supplemental jurisdiction; and

(2) Plaintiffs are granted leave to amend to allege federal claims against the Construction Project Defendants within 30 days after entry of this Order without prejudice to the Construction Project Defendants' ability to challenge any such federal claims by motion or otherwise.

If Plaintiffs choose to file a First Amended Complaint, Plaintiffs are advised that the First Amended Complaint supersedes the original complaint. In other words, the First Amended Complaint must contain all Plaintiffs' claims asserted in this case against the named defendants, not just the Construction Project Defendants.

A First Amended Complaint must be complete in and of itself without reference to the original complaint, notices of errata, attachments or any other documents, and must be filed within 30 days after entry of this order.

The case is referred back to the Magistrate Judge for further proceedings.

DATED: May 29, 2026

_____
HERNAN D. VERA
United States District Judge

2